## BELCHER v. STATE.
### No. 25185.

Court of Criminal Appeals of Texas.
March 7, 1951.

Rehearing Denied April 11, 1951.

———◆———

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

Appellant was charged by complaint and information with driving a motor vehicle while intoxicated. He waived a jury and plead guilty before the court. His punishment was assessed at a fine of $100.

There being no statement of facts and no bill of exception brought forward, and all proceedings appearing regular, no issue is raised for our consideration.

The judgment is affirmed.

## CARLEY v. STATE.
### No. 25247.

Court of Criminal Appeals of Texas.
March 28, 1951.

———◆———

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

Appellant was charged by complaint and information with the offense of driving while intoxicated. He waived a trial by jury and plead guilty before the court. He was found guilty and assessed a penalty of $50.00 fine.

There is neither a statement of facts nor bill of exception in the record. All proceedings appear to be regular and nothing is presented for review.

The judgment of the trial court is accordingly affirmed.